FILED '11 MAR 24 13:40 USDC-ORE



UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| AMERICAN HONDA FINANCE CORPORATION, | CV'11-6097  AA |
|---|---|
| Plaintiff, | Case No. CV _____ |
| v. | ORDER ON EX-PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| BRUCE-GILBERT, INC. d/b/a HORIZON HONDA OF ROSEBURG; ROBERT G. ILER and DAVID L. GILBERT, | |
| Defendants. | |

This matter came before the Court on Plaintiff's Motion for Ex-Parte Temporary Restraining Order and Preliminary Injunction, pursuant to ORCP 82, FRCP 64 and FRCP 65. In and upon consideration of the Declaration of Russell Sheets, Plaintiff's Complaint, and all other pleadings on file herein, the Court finds that Plaintiff has no adequate remedy at law and is

Page 1 - ORDER ON EX PARTE TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

MARTIN, BISCHOFF, TEMPLETON, LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

entitled to a temporary restraining order. Therefore, it is hereby

ORDERED that, pending a show cause hearing on why a Writ of Replevin (claim and delivery) should not be issued, Defendant Bruce-Gilbert, Inc. d/b/a Horizon Honda of Roseburg ("Dealer"), Robert G. Iler, and David L. Gilbert and their respective servants, agents, employees, representatives, and all persons acting in concert with them be restrained and enjoined from removing, transferring, dismantling, selling, pledging, encumbering, commingling, using, concealing, hiding or otherwise disposing of, or permitting to become subject to a security interest or lien, the Collateral, as described in Plaintiff's Complaint.

IT IS FURTHER ORDERED that Plaintiff post a bond in the amount of _To be determined_.

\* \* \*

_[signature]_

3/24/11

Submitted by:

Bruce C. Hamlin, OSB #792542
BHamlin@MartinBischoff.com
Michael A. Yoshida, OSB #065631
MYoshida@MartinBischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

    Attorneys for Plaintiff

Page 2 - ORDER ON EX PARTE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471